1  NINA F. LOCKER, State Bar No. 123838
   RODNEY G. STRICKLAND, JR., State Bar No. 161934
2  ETHAN D. ROBERTS, State Bar No. 228713
   MERAV AVITAL-MAGEN, State Bar No. 236144
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
6
7  Attorneys for Defendant
   ALVARION LTD.

Case 3:07-cv-00374-JSW   Document 36   Filed 05/03/2007   Page 1 of 4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMNON MEIR, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALVARION LTD, ZVI SLOMINSKY, DAFNA GRUBER AND MEIR BAREL,<br><br>Defendants. | CASE NO.: C 07-0374 JSW<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE UNTIL A LEAD PLAINTIFF IS APPOINTED AND FILES THE AMENDED COMPLAINT |

1  WHEREAS, on May 1, 2007, this Court issued orders relating the above-captioned
2  securities class action lawsuit and *Hacker v. Alvarion Ltd.*, Case No. C-07-00719 JSW
3  ("*Hacker*") pursuant to Civil Local Rule 3-12; and
4  WHEREAS, the initial Case Management Conference in this action is scheduled to occur
5  on May 11, 2007, and the initial Case Management Conference in the *Hacker* action was
6  scheduled to occur on May 25, 2007; and
7  WHEREAS, the initial Case Management Conference in the *Hacker* action "will be
8  rescheduled by the Court" according to the Court's May 1, 2007, Order; and
9  WHEREAS, on April 9, 2007, three groups of shareholders filed motions seeking
10 appointment as lead plaintiff pursuant to 15 U.S.C. § 78u-4(a); and
11 WHEREAS, on April 10, 2007, this Court held that it would not resolve the pending lead
12 plaintiff motions until Alvarion's motions to transfer two substantially identical cases pending in
13 the Southern District of New York are resolved (Docket No. 27); and
14 WHEREAS, Alvarion and Mr. Meir believe that it would be premature to discuss
15 discovery and other case management issues before a lead plaintiff and lead counsel are
16 appointed on behalf of the alleged class and said lead plaintiff files a consolidated amended
17 complaint;
18 WHEREAS, the parties are informed and believe that the applicants for appointment as
19 lead plaintiff intend to submit a stipulation requesting the Court to appoint an agreed-upon lead
20 plaintiff group and to allow that lead plaintiff group 60 days to file an amended complaint; and
21 WHEREAS, the parties request that the Court postpone the initial Case Management
22 Conference scheduled for May 11, 2007 and reschedule the initial Case Management
23 Conferences for this action and the *Hacker* action to August 24, 2007.
24 IT IS THEREFORE STIPULATED AND AGREED by plaintiff and Alvarion, through
25 their respective counsel of record, that the initial Case Management Conference scheduled for
26 1:30 p.m. on May 11, 2007 shall be taken off calendar and rescheduled for 1:30 p.m. on August
27 24, 2007 or at another time convenient for the Court.
28

Dated: May 3, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: _____/s/ Rodney G. Strickland, Jr._____
        Rodney G. Strickland, Jr.

Attorneys for Defendant
ALVARION LTD.

Dated: May 3, 2007

GLANCY BINKOW & GOLDBERG LLP
Professional Corporation


By: _____/s/ Lionel Z. Glancy_____
        Lionel Z. Glancy

Attorneys for Plaintiff
AMNON MEIR


### * ORDER *

Pursuant to the foregoing Stipulation, and good cause appearing therefor, the initial Case Management Conferences in the *Meir* and *Hacker* actions shall be rescheduled for 1:30 p.m. on August 24, 2007.

IT IS SO ORDERED.

Dated: May 4, 2007

_____
Hon. Jeffrey S. White
U.S. District Court Judge

I, Rodney G. Strickland, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order for defendant Alvarion Ltd.  In compliance with General Order 45.X.B, I hereby attest that Lionel Z. Glancy, counsel for plaintiff, has concurred in this filing.

Dated:  May 3, 2007        WILSON SONSINI GOODRICH & ROSATI
                           Professional Corporation

Case 3:07-cv-00374-JSW   Document 36   Filed 05/03/2007   Page 4 of 4

By:  _____/s/  Rodney G. Strickland, Jr._____
                 Rodney G. Strickland, Jr.

Attorneys for Defendant
ALVARION LTD.