**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   AMNON MEIR, on behalf of himself and all
    others similarly situated,
10                                              No. C 07-00374 JSW
              Plaintiff,
11
      v.
12                                              **ORDER REFERRING
    ALVARION LTD,                               DISCOVERY TO MAGISTRATE
13                                              JUDGE**
              Defendant.
14   _____/
15
16        Pursuant to Civil Local Rule 72-1 this matter is referred to a randomly assigned

17   magistrate judge for resolution of the current discovery dispute filed on September 18, 2007 and

18   for resolution of all discovery matters.  The parties will be advised of the date, time and place of

19   appearance, if any, by notice from the assigned magistrate judge.

20        **IT IS SO ORDERED.**

21
    Dated: September 19, 2007                    _____
22                                               JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE
23

24   cc:    Wings Hom

25
26
27
28