LIONEL Z. GLANCY (#134180)
ANDY SOHRN (#241388)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California  90067
Telephone:   (310) 201-9150
Facsimile:    (310) 201-9160

Attorneys for Furkan M. Khan,
and Proposed Co-Lead Counsel

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMNON MEIR, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALVARION LTD., ZVI SLONIMSKY, DAFNA GRUBER and MEIR BAREL,<br><br>Defendants. | No. 3:07-cv-00374-JSW<br><br>JOINT SUBMISSION AND STIPULATION SEEKING APPOINTMENT OF FURKAN M. KHAN AND RAHUL SARAF AS CO-LEAD PLAINTIFFS |

Pursuant to this Court's Order dated September 20, 2007, movants Furkan M. Khan and Rahul Saraf hereby submit this Joint Submission and Stipulation Seeking Appointment of Furkan M. Khan and Rahul Saraf as co-Lead Plaintiffs, and the attached [Proposed] Order.

**Brief Relevant History**

On January 19, 2007, a class action complaint (Case No. 3:07-cv-00374-JSW), was filed with the United States District Court for the Northern District of California by Amnon Meir, alleging violations of federal securities laws in connection with purchases of Alvarion Ltd. securities.  Similar complaints were filed in other courts and in other federal districts, and subsequently, the related cases were consolidated by this Court's Order dated

September 20, 2007.[1]

Pursuant to Section 21(D) of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), only three movants timely filed motions[2] to be appointed Lead Plaintiffs:

1. on April 9, 2007, movants Harel Insurance Company Ltd.[3] and Furkan M. Khan (previously, the "Harel Group") timely filed a motion for their appointment as Lead Plaintiffs and approval of their choice of counsel, Glancy Binkow & Goldberg LLP and Law Office of Jacob Sabo as Co-Lead Counsel in the within case (Docket Nos. 17-20, 22);

2. on April 9, 2007, movant Rahul Saraf timely filed a motion for his appointment as Lead Plaintiff and approval of his choice of counsel, Federman & Sherwood as Lead Counsel and Green Welling LLP as Liaison Counsel (Docket Nos. 14-16, 30); and

3. on April 9, 2007, movants Irving Braun and Gary J. Fruchter (collectively, the "Braun Group") timely filed a motion for their

---

[1] The three related cases titled *Meir v. Alvarion Ltd., et al.*, Case No. C 07-00374-JSW, *Hacker v. Alvarion Ltd., et al.*, Case No. C 07-00374-JSW, and *Braun v. Alvarion Ltd. et al.*, Case No. C 07-02602-JSW, were consolidated under the first-filed *Meir v. Alvarion Ltd., et al.* case by this Court's Order dated September 20, 2007.

[2] The statute sets a deadline for filing motions to be appointed lead plaintiff as "not later than 60 days after the date on which the notice [of pendency of the class action] is published." 15 U.S.C. § 78u-4(a)(3)(A). As set forth in Khan's original moving papers, the applicable notice was published on February 6, 2007. Thus, the deadline for filing motions for appointment as lead plaintiff was April 9, 2007.

[3] Harel Insurance Company, Ltd. has withdrawn its application for lead plaintiff in this action, while Furkan M. Khan continues to seek appointment as co-lead plaintiff. *See* Notice of Withdrawal (Docket No. 71; filed September 20, 2007).

appointment as Lead Plaintiff and approval of their choice of counsel, Coughlin Stoia Geller Rudman & Robbins LLP as Lead Counsel (Docket Nos. 21, 23-26).

**Furkan M. Khan and Rahul Saraf Should Be Appointed Co-Lead Plaintiffs**

Furkan M. Khan and Rahul Saraf are the presumptive "most adequate plaintiffs" and should be appointed as co-Lead Plaintiffs.

As fully set forth in their original moving papers (hereby incorporated by reference), the Court is to presume that the "most adequate plaintiff" is the person or group of persons who, "in the determination of the court has the largest financial interest in the relief sought by the class." As reflected in the original moving papers, the only other movant in this action seeking appointment as lead plaintiff is the Braun Group.

The losses sustained by Rahul Saraf alone dwarf the losses sustained by the entire Braun Group. Whereas Saraf individually sustained losses of $94,649.25 (*see* Saraf loss analysis, Declaration of Robert Green at Exhibit 2; Docket No. 30), the Braun Group only suffered losses of $10,857 (*see* Braun Group certifications and Braun Group loss charts, Declaration of Tricia McCormick at Exhibits A & B; Docket No. 23).

Additionally, Furkan M. Khan individually sustained substantially more losses than the entire Braun Group, having lost $34,808 (*see* Loss Charts, Declaration of Lionel Z. Glancy at Exhibit C; Docket No. 19). Khan and Saraf, individually *and* collectively, have suffered greater losses than the Braun Group. As such, they are the presumptive most adequate plaintiffs, and should be appointed as co-Lead Plaintiffs.[4]

---

[4] As Khan and Saraf have each, individually, suffered greater losses than the entire Braun Group, even considered individually (and not jointly), each would be presumptively more adequate to serve as lead plaintiff than the Braun Group.

Having suffered by far the largest losses, Saraf and Khan are the presumptive most adequate plaintiffs, and should therefore be appointed co-Lead Plaintiffs. Thus, Saraf and Khan stipulate as follows:

WHEREAS, the Court is to presume that the "most adequate plaintiff" is the person or group of persons who, "in the determination of the court has the largest financial interest in the relief sought by the class";

WHEREAS, pursuant to the PSLRA, Lead Plaintiffs are vested with authority to select and retain Lead Counsel, subject to court approval;

WHEREAS, movants Furkan M. Khan and Rahul Saraf have agreed to serve as co-Lead Plaintiffs;

WHEREAS, movants Furkan M. Khan and Rahul Saraf have collectively agreed to the selection of the law firms Glancy Binkow & Goldberg LLP, Law Office of Jacob Sabo, and Federman & Sherwood as co-Lead Counsel; and

WHEREAS, Rahul Saraf and Furkan M. Khan are presumptively the most adequate plaintiffs in this action, claiming losses of $94,649.25 and $34,808, respectively, which are considerably greater than the $10,857 in losses claimed by the only other movant, the Braun Group;

IT IS HEREBY STIPULATED AND AGREED, by Furkan M. Khan and Rahul Saraf, through their undersigned counsel, as follows:

1. Movants Furkan M. Khan and Rahul Saraf hereby renew their motions for appointment as lead plaintiff, incorporating by reference their original moving papers;

2. Furkan M. Khan and Rahul Saraf now jointly seek appointment as co-Lead Plaintiffs in this action pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B); and

3. Furkan M. Khan and Rahul Saraf now jointly seek approval of their choice of counsel, Glancy Binkow & Goldberg LLP, Law Office of Jacob Sabo, and

Federman & Sherwood, as co-Lead Counsel pursuant to § 21D(a)(3)(B)(v) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B)(v).

Respectfully submitted,

Dated: October 12, 2007    GLANCY BINKOW & GOLDBERG LLP

By   /s/ Lionel Z. Glancy
      Lionel Z. Glancy
      Andy Sohrn
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

THE LAW OFFICE OF JACOB SABO
Jacob Sabo
The Tower, No. 3 Daniel Frisch St.
15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile: 011 972 3 607 88 89

Attorneys for Furkan M. Khan
and Proposed Co-Lead Counsel

Dated: October 12, 2007    FEDERMAN & SHERWOOD

By   /s/ William B. Federman
      William B. Federman
10205 N. Pennsylvania
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

Attorneys for Rahul Saraf and
Proposed Co-Lead Counsel

1  I, Andy Sohrn, am the ECF user whose identification and password are being
2 used to file the JOINT SUBMISSION AND STIPULATION SEEKING
3 APPOINTMENT OF FURKAN M. KHAN AND RAHUL SARAF AS CO-LEAD
4 PLAINTIFFS.  In compliance with General Order 45.X.B, I hereby attest that both
5 Lionel Z. Glancy and William B. Federman have concurred in this filing.

Dated: October 12, 2007            GLANCY BINKOW & GOLDBERG LLP

                                    By:   /s/ Andy Sohrn
                                            Andy Sohrn

**[PROPOSED] ORDER**

Having considered the moving papers and subsequent joint submission and stipulation of movants Furkan M. Khan and Rahul Saraf for appointment as Lead Plaintiffs and approval of their selection of co-Lead Counsel, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. This Order (the "Order") shall apply to the above-captioned consolidated action (the "Action").

2. Every pleading in the Action shall have the following caption:

| IN RE ALVARION LTD. SECURITIES LITIGATION | No. 3:07-cv-00374-JSW |
|---|---|

3. Movants Furkan M. Khan and Rahul Saraf are appointed to serve as co-Lead Plaintiffs in the above-captioned consolidated actions, pursuant to 15 U.S.C. §78u-4(a)(3)(B).

4. The law firms Glancy Binkow & Goldberg LLP, The Law Office of Jacob Sabo, and Federman & Sherwood are hereby approved as co-Lead Counsel for the Class. Lead Counsel shall provide general supervision of the activities of plaintiff's counsel and shall have the following responsibilities and duties to perform or delegate as appropriate:

   a) to brief and argue motions;

   b) to initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, preparation of written interrogatories, requests for admission and requests for production of documents;

   c) to direct and coordinate the examination of witnesses in depositions;

    d)    to act as spokesperson at pretrial conferences;

    e)    to call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

    f)    to initiate and conduct any settlement negotiations with counsel for defendants;

    g)    to provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

    h)    to consult and employ experts;

    i)    to receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs and to determine and distribute plaintiffs' attorneys' fees; and

    j)    to perform such other duties as may be expressly authorized by further order of this Court.

5. An Amended Consolidated Complaint shall be filed by co-Lead Plaintiffs no later than sixty (60) days after the effective date of this Order.

Dated: _____October 30_____, 2007

_____
HONORABLE JEFFREY S. WHITE
United States District Court Judge