1  GLANCY BINKOW & GOLDBERG LLP
   Lionel Z. Glancy, #134180
2  Andy Sohrn, # 241388
3  1801 Avenue of the Stars, Suite 311
   Los Angeles, CA 90067
4  Telephone: (310)201-9150
   Facsimile: (310)201-9160
5  E-mail: info@glancylaw.com

*Attorneys for Lead Plaintiffs*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| In re Alvarion Ltd. Securities Litigation | **Case No. 3:07-cv-00374-JSW**<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON**<br><br>**Hon. Jeffrey S. White** |
|---|---|

**TO THIS HONORABLE COURT:**

Lead Plaintiffs Furkan M. Khan and Rahul Saraf (collectively, "Lead Plaintiffs") and defendants Alvarion Ltd., Zvi Slonimsky, Dafna Gruber and Tzvika Friedman (collectively, "Defendants"), hereby stipulate to the dismissal of this consolidated putative class action and each complaint filed therein (the "Action") on the terms set forth below.

1. The Action shall be dismissed in its entirety pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each side shall bear its own fees and costs.

2. Lead Plaintiffs agree that they will not assert, in this or any other Court, any claims or causes of action, of any kind whatsoever, whether known or unknown, which Lead Plaintiffs

may now have or have ever had, against any named defendant or their counsel, relating to or arising out of or in connection with any of the claims, facts, matters, omissions or occurrences referred to in, or that could have been raised in, or which are the subject matters of, the Action. Nothing herein, however, shall preclude either Lead Plaintiff from being an unnamed class member in any future litigation in which it may be a member of the putative class, or from participating on the same terms as any other unnamed class member in such action.

3. Each Defendant hereby releases any claims or causes of action, of any kind whatsoever, whether known or unknown, suspected or unsuspected, anticipated or unanticipated, which it may now have or have ever had, or hereafter can, shall or may have against Lead Plaintiffs and their counsel relating to or arising out of or in connection with the filing and prosecution of the Action.

4. This dismissal is without prejudice to the rights of any other purported member of the putative class alleged in this Action.

**DATED**: January 23, 2008        GLANCY BINKOW & GOLDBERG LLP

By: _____/s/ Andy Sohrn_____
    Andy Sohrn

Lionel Z. Glancy
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Jacob Sabo
THE LAW OFFICE OF JACOB SABO
The Tower, No. 3 Daniel Frisch St.
15th Floor
Tel Aviv, Israel 64731
Telephone:    011 972 3 607 88 88
Facsimile:    011 972 3 607 88 89

| | |
|---|---|
| | William B. Federman |
| | FEDERMAN & SHERWOOD |
| | 10205 N. Pennsylvania |
| | Oklahoma City, OK 73120 |
| | Telephone: (405) 235-1560 |
| | Facsimile: (405) 239-2112 |
| | |
| | *Attorneys for Lead Plaintiffs Furkan M. Khan and Rahul Saraf* |
| **DATED**: January 23, 2008 | WILSON SONSINI GOODRICH & ROSATI, Professional Corporation |
| | |
| | By: /s/ Rodney G. Strickland, Jr. |
| | Rodney G. Strickland, Jr. |
| | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| | Telephone: (650) 493-9300 |
| | Facsimile: (650) 565-5100 |
| | |
| | *Attorneys for Defendants Alvarion Ltd., Zvi Slonimsky, Dafna Gruber, and Tzvika Friedman* |

## ** ORDER **

Pursuant to the foregoing stipulation, this consolidated putative shareholder class action and each complaint filed therein are dismissed in their entirety on the terms set forth above and without prejudice to any purported member of the putative class action alleged in the action. Each side shall bear its own fees and costs. IT IS SO ORDERED.

Dated: January 24, 2008

_____
The Honorable Jeffrey S. White
United States District Judge